MARY WHITE, Respondent, v. FERDINAND C. WHITE, Also Known as FREDERICK G. WHITE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to vacate an order of sequestra-

tion and an order of publication, and all proceedings founded on said orders.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.